FILED

JUL 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>PAULA CAMEO HARRIS, aka, Seal B,<br><br>Defendant - Appellant. | No. 06-50194<br><br>D.C. No. CR-04-01416-(B)-RGK-2<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>PAUL H. RICHARDS, II, aka, Seal A,<br><br>Defendant - Appellant. | No. 06-50200<br><br>D.C. No. CR-04-01416-(B)-RGK-1 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>BEVAN ATLEE THOMAS, aka, Seal C,<br><br>Defendant - Appellant. | No. 06-50225<br><br>D.C. No. CR-04-01416-(B)-RGK-3 |

ON REMAND FROM THE UNITED STATES SUPREME COURT

Before: TROTT, KLEINFELD and IKUTA, Circuit Judges.

The judgment of this court, Memorandum Disposition filed 02/27/10, is vacated and the case is REMANDED to the district court for further consideration in light of <u>Skilling v. United States</u>, 561 U.S. ____ (2010).

It is so ORDERED.